## Gleason *v.* Chester.

### In the Court below,

CHAUNCEY GLEASON, ELIJAH COWLES, SETH COWLES, JONATHAN COWLES, GAD COWLES, and MARTIN COWLES, *Plaintiffs;* STEPHEN CHESTER, Sheriff of the County of Hartford, *Defendant.*

ACTION on the case, for the escape of a prisoner. A general verdict was found for the plaintiffs ; and, on motion in arrest, the declaration was adjudged insufficient. A writ of error was brought to this Court, the judgment reversed, and the cause remanded to the Superior Court, to be proceeded in according to law. Before the Superior Court, the plaintiffs moved for a judgment on that verdict. The Court denied the motion, and ordered a repleader.

Writ of error brought upon an interlocutory judgment, before final judgment, will be abated.

This writ of error was brought to reverse that judgment on the motion. An abatement was pleaded, that no final judgment had been rendered.

BY THE WHOLE COURT,

The writ of error was abated.(*a*)

(*a*) *Vide post.*